UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED

May 12, 2015

MAY 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
80 Lafayette St.
Jefferson City, Missouri 65101

Case Number: CR14-135 MAG

Case Title: US-v-Chandler Moore

Dear Clerk:

   Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

   (X)   Certified copy of the docket entries;

   (x)   Certified copy of the Indictment/Information;

   ( )   Certified copy of the Transferral Order;

   (x)   Certified copy of the Consent to Transfer

   Please acknowledge receipt of the above document on the copy of this letter.

                                    Very truly yours,

                                    RICHARD W. WIEKING, Clerk

                                    by: Lori Murray
                                        Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

Recieved 5/20/15
Assigned Case # 6:15-CR-03060-MDH

o:\mrg\crim\r20.out                                                Rev 11/95